**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Michael Terrance Lawyer, Appellant.

Appellate Case No. 2024-001439

———————————

Appeal From Clarendon County
R. Kirk Griffin, Circuit Court Judge

———————————

Unpublished Opinion No. 2026-UP-211
Submitted April 1, 2026 – Filed May 6, 2026

———————————

**APPEAL DISMISSED**

———————————

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of Charleston, and Michael Terrance Lawyer, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Christopher Runyan, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.